UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-CR-20090-BLOOM/ELFENBEIN

21 U.S.C. § 963
21 U.S.C. § 959(a)
21 U.S.C. § 952
46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
21 U.S.C. § 853
46 U.S.C. § 70507(a)

UNITED STATES OF AMERICA

vs.

MARCOS VALENTIN MENALDO VASQUEZ,
a/k/a "El Power,"
JULIO ALFREDO RONDON-ABREU,
BALMES MANUEL ARIAS RODRIGUEZ,
a/k/a "El Maestro,"
GIANKY NUNEZ,
a/k/a "Yankee,
a/k/a "Barba," and
YURI ANTONIO MEDINA,

Defendants.
_______________________________/

FILED BY BM D.C.
Mar 18, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at least as early as in or around 2021, and continuing through on or about the date of the return of this Indictment, in the countries of Colombia, the Dominican Republic, and elsewhere, the defendants,

MARCOS VALENTIN MENALDO VASQUEZ,
a/k/a "El Power,"
JULIO ALFREDO RONDON-ABREU,
BALMES MANUEL ARIAS RODRIGUEZ,

**a/k/a "El Maestro,"**
**GIANKY NUNEZ,**
**a/k/a "Yankee,**
**a/k/a "Barba," and**
**YURI ANTONIO MEDINA,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

**COUNT 2**

Beginning at least as early as in or around 2021, and continuing through on or about the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARCOS VALENTIN MENALDO VASQUEZ,**
**a/k/a "El Power,"**
**JULIO ALFREDO RONDON-ABREU,**
**BALMES MANUEL ARIAS RODRIGUEZ,**
**a/k/a "El Maestro,"**
**GIANKY NUNEZ,**
**a/k/a "Yankee,**
**a/k/a "Barba," and**
**YURI ANTONIO MEDINA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a);

all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

**COUNT 3**

Beginning at least as early as in or around 2021, and continuing through on or about the date of the return of this Indictment, in the countries of Colombia, the Dominican Republic, and elsewhere, the defendants,

**MARCOS VALENTIN MENALDO VASQUEZ,**
**a/k/a "El Power,"**
**JULIO ALFREDO RONDON-ABREU,**
**BALMES MANUEL ARIAS RODRIGUEZ,**
**a/k/a "El Maestro,"**
**GIANKY NUNEZ,**
**a/k/a "Yankee,**
**a/k/a "Barba," and**
**YURI ANTONIO MEDINA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, and with known and unknown persons on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

It is further alleged that the controlled substance involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21,

United States Code, Section 960(b)(1)(B).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **MARCOS VALENTIN MENALDO VASQUEZ, a/k/a "El Power," JULIO ALFREDO RONDON-ABREU, BALMES MANUEL ARIAS RODRIGUEZ, a/k/a "El Maestro," GIANKY NUNEZ, a/k/a "Yankee, a/k/a "Barba," and YURI ANTONIO MEDINA,** have an interest.

2. Upon conviction of a violation of Title 46, United States Code, Section 70506(b), as alleged in this Indictment, the defendants shall forfeit to the United States of America, pursuant to Title 46, United States Code, Section 70507(a), any property described in Title 21, United States Code, Section 881(a) that was used or was intended for use to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 46, United States Code, Section 70507(a), as made applicable by Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 26-CR-20090-BLOOM/ELFENBEIN

**v.**

MARCOS VALENTIN MENALDO VASQUEZ, et al.,

______________________________/

Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____________ Magistrate Case No. ____________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of ____________
10. Defendant(s) in state custody as of ____________
11. Rule 20 from the ____________ District of ____________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? Yes

By: ____________ (FOR)
LYNN M. KIRKPATRICK
Assistant United States Attorney
SDFL Court ID No. A5500737

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **Marcos Valentin Menaldo Vasquez, a/k/a "El Power"**

**Case No**: ______________________

Count #: 1

Conspiracy to distribute cocaine, intending, knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 3

Conspiracy to possess with intent to distribute cocaine with persons onboard a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **Julio Alfredo Rondon-Abreu**

**Case No**: ____________________

Count #: 1

Conspiracy to distribute cocaine, intending, knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 3

Conspiracy to possess with intent to distribute cocaine with persons onboard a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **Balmes Manuel Arias Rodriguez, a/k/a "El Maestro,"**

**Case No**: ____________________

Count #: 1

Conspiracy to distribute cocaine, intending, knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 3

Conspiracy to possess with intent to distribute cocaine with persons onboard a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **Gianky Nunez, a/k/a "Yankee," a/k/a "Barba"**

**Case No**: ______

Count #: 1

Conspiracy to distribute cocaine, intending, knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 3

Conspiracy to possess with intent to distribute cocaine with persons onboard a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **Yuri Antonio Medina**

**Case No**: ______

Count #: 1

Conspiracy to distribute cocaine, intending, knowing or having reasonable cause to believe it would be unlawfully imported into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 2

Conspiracy to import cocaine into the United States

Title, 21 United States Code, Section 963
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

Count #: 3

Conspiracy to possess with intent to distribute cocaine with persons onboard a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)
*** Max. Term of Imprisonment: Life**
*** Mandatory Min. Term of Imprisonment (if applicable): 10 years**
*** Max. Supervised Release: 5 years to life**
*** Max. Fine: $10,000,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**