**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO: 26-CR-20090**

**v.**

**MARCOS VALENTIN MENALDO VASQUEZ,**

      **Defendant.**

_____/

## *NOTICE OF APPEARANCE AS COUNSEL*

**PLEASE TAKE NOTICE** that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, Marcos Valentin Menaldo Vasquez, for trial purposes, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office AUSA Lynn Kirkpatrick on this 6th day of April 2026.

**Respectfully submitted,**

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**