**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20090-CR-BLOOM**

**UNITED STATES OF AMERICA,**

**vs.**

**MARCOS VALENTIN MENALDO VASQUEZ, et al.,**

        **Defendants.**
                                                                    /

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Gabrielle Raemy Charest-Turken, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                Respectfully submitted,

                                **JASON A. REDING QUIÑONES**
                                **UNITED STATES ATTORNEY**

                By:     *s/ G. Raemy Charest-Turken*
                        Gabrielle Raemy Charest-Turken
                        Assistant United States Attorney
                        Florida Bar No. 15939
                        99 N.E. 4th Street, 7th Floor
                        Miami FL, 33132-2111
                        Telephone: (305) 961-9365
                        E-mail:Gabrielle.Charest-Turken@usdoj.gov