**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20090-CR-BLOOM**

**UNITED STATES OF AMERICA**

**vs.**

**MARCOS VALENTIN MENALDO VASQUEZ, et al.,**

          **Defendants.**
_____/

### UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

     The undersigned Assistant United States Attorney, Jonathan R. Bailyn, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Gabrielle Raemy Charest-Turken, is no longer counsel of record for the United States in this case.

          Respectfully submitted,

          **JASON A. REDING QUIÑONES**
          **UNITED STATES ATTORNEY**

By:     /s/ Jonathan Bailyn_____
          Jonathan R. Bailyn, AUSA
          Court ID No. A5502602
          500 South Australian Ave, 4th Floor
          West Palm Beach, Florida 33401
          Phone: (561) 209-1050
          jonathan.bailyn@usdoj.gov