# COURT MINUTES
## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor                    Date: 08/05/2026   Time: 1:00 PM

Defendant: 1)Marcos Valentin  Menaldo Vasquez   J#: 52428-506   Case #: 26-CR-20090-BLOOM/ELFENBEIN(SEALED)

AUSA:   LYNN KIRKPATRICK                    Attorney:   NAYIB HASSAN (PERM)

Violation: Consp to Distr Cocaine Intending, Knowing, and Having Reasonable cause to Believe it Would be Unlawfully Imported into The U.S. Consp to import Cocaine into The U.S. Consp to PWID Cocaine W/ Persons on board a Vessel.          Surr/Arrest Date: 08/04/2026   YOB: 1981

Proceeding:  Initial Appearance/Arraignment                    CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No          Recommended Bond:

Bond Set at: **STIP-PTD WITH RIGHT TO REVISIT**          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language:  SPANISH

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
 Defendant sworn &  advised of rights & charges. Government's motion to unseal – Granted. Defendant arraigned. Defendant's ore tenus request for issuance of SDO-Granted. Government seeks PTD due to risk of flight and danger to community. Parties STIP to PTD with Right to revisit.  Brady Order Given.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  13:30:58/13:39:07                    Time in Court: 9 MINS

s/Lisette Reid                    Magistrate Judge