**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

1. Levari v. Carnival Corp., Case No: 25-cv-22777

2. Garcia v. Progressive American Insurance Company, Case No: 25-cv-23756

3. Lorello v. Carnival Corp., Case No: 25-cv-23914

4. Blocker v. Carnival Corp., Case No: 25-cv-23597

5. Bridlington Bud, Ltd. v. Schedule A, Case No: 25-cv-25594

6. Martinez v. Holiday CVS, LLC, Case No: 25-cv-24936

7. Infinity Assurance Co. v. Baker et. al., Case No: 25-cv-25753

8. Sutton National Insurance Company v. Scarda, Case No: 25-cv-60530

9. Theobal v. Aventura CJ, LLC, Case No: 26-cv-23147

10. S.C. v. Carnival Corp., Case No: 26-cv-20603

11. Zeppo v. Life Insurance Co. of North America, Case No: 26-cv-20877

12. Pimentel v. LoHi Logistics LLC, Case No: 26-cv-24489

13. The Galleon Guild Ltd. v. Schedule A, Case No: 26-cv-24537

14. Mader v. EMED, LLC et. al., Case No: 26-cv-23258

15. Zichy v. Grove Isle Marina et al, Case No. 25-cv-23305-BB

16. US v. Garcia-Castillo et al, Case No: 26-cr-60203

17. US v. Menaldo Vasquez, Case No: 26-cr-20090

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

**Honorable Jeffrey T. Kuntz** as of **August 11, 2026** for all further proceedings.  It is further

ORDERED that all currently pending hearings set before the undersigned Judge are

hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.**  It is

further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge**

**Jeffrey T. Kuntz**.  It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed

by the initials JTK in lieu of the present initials.

DONE AND ORDERED at Miami, Florida, in Chambers on August 2, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record/pro se parties