**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

**Plaintiff,** **Case No.: 1:26-cr-20090**

**v.**

**MARCOS MENALDO VASQUEZ,**

**Defendants.**

_________________________________/

**UNOPPOSED MOTION TO TRANSFER THE DEFENDANT TO FDC MIAMI FOR PURPOSES OF EFFECTIVE ASSISTANCE OF COUNSEL**

**COMES NOW** Defendant, Marco Menaldo Vasquez, by and through undersigned counsel, and respectfully moves for the entry of an Order directing the United States Marshals Service to transfer him from the Broward County Jail to the Federal Detention Center in Miami, Florida ("FDC Miami"), as grounds for this Motion we would state the following:

1. Defendant was housed in FDC Miami in Miami, FL and was moved to Broward Corrections on August 20, 2026.
2. The instant case is currently set before this Honorable Court for status on Thursday, August 27, 2026.
3. Defendant respectfully requests that this Honorable Court issue an Order that the United States Marshalls transfer the Defendant back to FDC Miami during the pendency of the case. Undersigned maintains his office in Maimi, FL and thus allows Undersigned to have meaningful and constant communications with his client regarding the voluminous discovery that is anticipated in this case.
4. Transfer to FDC Miami would allow for more reliable and meaningful access to counsel.

5. Accordingly, transfer is necessary to ensure Mr. Menaldo Vasquez can meaningfully participate in his defense and so that counsel can adequately prepare to handle all issues pertaining to his case.
6. Undersigned counsel has conferred with Assistant United States Lynn Kirkpatrick, who has no objection to the requested relief.

**WHEREFORE**, Defendant, Marcos Menaldo Vasquez, respectfully requests that this Court enter an Order requesting that the United States Marshals Service to transfer him forthwith from the Broward County corrections to FDC Miami.

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk using CM/ECF and copies were furnished electronically to all parties of record this 25th day of August 2026.

**Respectfully submitted,**

***/s/ Nayib Hassan***

**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**