**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-CR-20090-KUNTZ**

**UNITED STATES OF AMERICA**

**vs.**

**MARCOS VALENTIN MENALDO-VASQUEZ,**
**JULIO ALFREDO RONDON-ABREU,**
**BALMES MANUEL ARIAS RODRIGUEZ,**
**GIANKY NUNEZ,**
**YURI ANTONIO MEDINA,**
**Defendants.**
_______________________________/

**ORDER ON MOTION FOR CONTINUANCE**

**THIS MATTER** came before the Court on Defendant's Ore Tenus Motion for Continuance. After due consideration, it is

**ORDERED AND ADJUDGED** that this case is hereby continued to the two-week trial calendar commencing December 14, 2026, at 9:30 a.m. in the Fort Lauderdale Division, Courtroom 202A, or as soon thereafter as the case may be called. Counsel and defendants shall appear for the calendar call on December 10, 2026, at 9:30 a.m. at the same location. All pretrial motions shall be filed by November 19, 2026.

It is further **ORDERED AND ADJUDGED** that the Court finds, pursuant to 18 U.S.C. § 3161(H)(7)(A), that the ends of justice served by this continuance outweigh the best interests of the Defendant in a speedy trial. Accordingly, the period of delay resulting from this continuance through the start of trial shall be considered excludable under the Speedy Trial Act. See 18 U.S.C. § 3161.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of August, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE