**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20090-CR-KUNTZ**

**UNITED STATES OF AMERICA**

**vs.**

**MARCOS VALENTIN MENALDO VASQUEZ, et al.,**

**Defendants.**
_______________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT**

The undersigned Assistant United States Attorney, Nicole Grosnoff, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Jonathan R. Bailyn, is no longer counsel of record for the United States in this case.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *<u>/s/ Nicole Grosnoff</u>*

Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089